IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| SANJUANITA LOPEZ GARCIA<br>*Plaintiff* | §<br>§<br>§ | |
| vs. | § | CIVIL ACTION NO. 7:23-cv-170 |
| SAM'S EAST, INC.<br>*Defendant* | §<br>§<br>§<br>§ | |

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Sam's East, Inc., the defendant herein, and files this, its Notice of Removal pursuant to 28 U.S.C. § 1332, 1441 and 1446, and states in support thereof:

***Removed Action and Parties.***

1.  This is a personal injury lawsuit. The removed action is Cause No. C-1435-23-B, In the 370th District Court, Hidalgo County, Texas, and being styled *SanJuanita Lopez Garcia v Sam's East, Inc.*

***Diversity Jurisdiction.***

2.  This court has diversity jurisdiction over this action. 28 U.S.C. § 1332. This action therefore is removable on that ground. 28 U.S.C. § 1441(a).

***Citizenship of Parties***

3.  Plaintiff is an individual residing in Cameron County, Texas.

4.  Defendant Sam's East, Inc. was, at the time this suit was filed, and still is an Arkansas corporation with its principal place of business is 702 SW 8th Street, Bentonville, Arkansas, 72716-6209. A corporation is "'a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business.'" *MidCap Media Fin.,* 929 F.3d 310, 314 (5th Cir. 2019)

(quoting 28 U.S.C. § 1332(c)(1)). Sam's East, Inc. is an incorporated entity under the laws of the State of Arkansas with its principal place of business in Arkansas. Therefore, Sam's East, Inc. is a citizen of Arkansas.

***Other Matters***

5. While the plaintiff does not set forth a specific amount of damages sought, Plaintiff's Original Petition states in paragraph 2.01 that she "is seeking monetary relief in excess of $1,000,000.00…" The plaintiff requests exemplary damages and costs of court. Based on the damages requested, and the request for exemplary damages, the amount in controversy exceeds $75,000, exclusive of interest and costs.

***Timeliness of Removal***

6. Sam's East, Inc. was served with Plaintiff's Original Petition on April 20, 2023. This was the first notice that Sam's East, Inc. received of this action. Therefore, this action is removed within thirty days of receipt by Sam's East, Inc. of Plaintiff's Original Petition in this action and is timely filed under 28 U.S.C. § 1446(b).

***Notice.***

7. Written notice of the filing of this notice of removal will be filed with the state court and provided to other parties as required by law.

***Attachments pursuant to local rules***

8. In accordance with federal statute and local rules, attached as appendices hereto are:

    A. Index of matters being filed.

    B. List of all counsel of record, including their addresses, telephone numbers and parties represented.

C. A true and correct copy of the docket sheet of the state court action.

D. A true and correct copy of all executed process, pleadings asserting causes of action, and orders signed by the state judge filed in the court from which removal is sought.

WHEREFORE, PREMISES CONSIDERED, Sam's East, Inc. hereby gives notice of removal of this action to this Honorable Court.

Respectfully submitted,

 /s/ Susan Sullivan
Susan Sullivan
Attorney in charge for Defendant
State Bar No. 1546700
Federal ID No. 13144
818 W. Pecan Blvd. (78501)
P.O. Box 3725
McAllen, Texas 78502
Telephone No. 956/682-5501
Telecopy No. 956/686-6109

OF COUNSEL:

Rick A. Zuniga
Federal ID No. 1682846
State Bar No. 24084148
Atlas, Hall & Rodriguez, LLP
818 W. Pecan Blvd. (78501)
P.O. Box 3725
McAllen, Texas 78502
Telephone No. 956/682-5501
Telecopy No. 956/686-6109

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was sent by electronic service on May 19, 2023 to opposing counsel as follows:

Mr. Humberto Tijerina, III
Mr. Cesar Palma
Mr. Derek I. Salinas
Mr. Gerardo L. Garcia, Jr.
Mr. James O. Alaniz
TIJERINA LEGAL GROUP, P.C.
1200 S. 2nd Street, Ste 4A
McAllen, Texas 78501

                                                       */s/ Susan Sullivan*
                                                       Susan Sullivan