IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| SANJUANITA LOPEZ GARCIA<br>*Plaintiff* | §<br>§<br>§ | |
| vs. | §<br>§ | CIVIL ACTION NO. 7:23-cv-00170 |
| SAM'S EAST, INC.<br>*Defendant* | §<br>§<br>§ | |

## MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Sanjuanita Lopez Garcia, the Plaintiff in the above styled and numbered suit, and in open Court states that all matters have been compromised and settled and that she no longer desires to prosecute this suit and moves the Court to dismiss same with prejudice, with all costs of Court to be taxed against the party incurring same.

WHEREFORE, Plaintiff prays that this suit be dismissed with prejudice and that all costs of Court be taxed against the party incurring same.

Respectfully submitted,

Tijerina Legal Group, P.C.
1200 S. 2nd Street
Suite 4A
McAllen, Texas 78501
Telephone No. 956/777-7000
Telecopy No. 956/972-0144

By: */s/ Derek I. Salinas*

Derek I. Salinas
State Bar No. 24093098
Email: dsalinas@tlegalgroup.com
tijerinalit@tlegalgroup.com
msalinas@tlegalgroup.com

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document was sent by electronic service on May *30,* 2024 to opposing counsel as follows:

Ms. Susan Sullivan
Mr. Rick Zuniga
Atlas, Hall & Rodriguez, LLP
P.O. Box 3725
McAllen, Texas 78502
ssullivan@atlashall.com
rzuniga@atlashall.com

                                  */s/ Derek I. Salinas*
                                  Derek I. Salinas