IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| SANJUANITA LOPEZ GARCIA<br>*Plaintiff* | §<br>§<br>§ | |
| vs. | § | CIVIL ACTION NO. 7:23-cv-00170 |
| | § | |
| SAM'S EAST, INC.<br>*Defendant* | §<br>§<br>§ | |

## ORDER OF DISMISSAL WITH PREJUDICE

BE IT REMEMBERED that on this day came on to be considered Motion to Dismiss with Prejudice in the above entitled and numbered suit, and it appearing to the Court that the same should be granted, it is therefore

ORDERED, ADJUDGED AND DECREED that this case be and the same is hereby dismissed with prejudice, with all costs of court taxed against party incurring same.

SIGNED this _____ day of _____, 2024.

_____
JUDGE PRESIDING

AGREED TO AND APPROVED:

| | |
|---|---|
| TIJERINA LEGAL GROUP, P.C.<br>1200 S. 2nd St., Ste. 4A<br>McAllen, Texas 78501<br>Telephone No. 956/777-7000<br>Telecopy No. 956/972-0144 | ATLAS, HALL & RODRIGUEZ, LLP<br>818 Pecan/P. O. Box 3725<br>McAllen, Texas 78501/78502<br>Telephone No. 956/682-5501<br>Telecopy No. 956/686-6109 |
| By: */s/ Derek I. Salinas*<br>       Derek I. Salinas<br>       State Bar No. 24093098<br>       Email: dsalinas@tlegalgroup.com<br>       tijerinalit@tlegalgroup.com<br>       msalinas@tlegalgroup.com<br>       Attorneys for Plaintiff | By: /s/: Susan Sullivan<br>       Susan Sullivan<br>       State Bar No. 1546700<br>       Email: ssullivan@atlashall.com<br>       Susan Sullivan<br>       State Bar No. 24084148<br>       Email: rzuniga@atlashall.com<br>       Attorneys for Defendant |

cc: Derek I. Salinas; dsalinas@tlegalgroup.com; tijerinalit@tlegalgroup.com; msalinas@tlegalgroup.com
Susan Sullivan; ssullivan@atlashall.com; dallen@atlashall.com;cfonseca@atlashall.com
Rick A. Zuniga; rzuniga@atlashall.com