Case 7:23-cv-00170   Document 16   Filed on 06/04/24 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
June 05, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| SANJUANITA LOPEZ GARCIA<br>*Plaintiff* | §<br>§<br>§ | |
| vs. | §<br>§ | CIVIL ACTION NO. 7:23-cv-00170 |
| SAM'S EAST, INC.<br>*Defendant* | §<br>§<br>§ | |

## ORDER OF DISMISSAL WITH PREJUDICE

BE IT REMEMBERED that on this day came on to be considered Motion to Dismiss with Prejudice in the above entitled and numbered suit, and it appearing to the Court that the same should be granted, it is therefore

ORDERED, ADJUDGED AND DECREED that this case be and the same is hereby dismissed with prejudice, with all costs of court taxed against party incurring same.

SIGNED this 4th day of June, 2024.

_____
JUDGE PRESIDING

AGREED TO AND APPROVED:

TIJERINA LEGAL GROUP, P.C.
1200 S. 2nd St., Ste. 4A
McAllen, Texas 78501
Telephone No. 956/777-7000
Telecopy No. 956/972-0144

By: /s/ Derek I. Salinas
_____
Derek I. Salinas
State Bar No. 24093098
Email: dsalinas@tlegalgroup.com
tijerinalit@tlegalgroup.com
msalinas@tlegalgroup.com
Attorneys for Plaintiff

ATLAS, HALL & RODRIGUEZ, LLP
818 Pecan/P. O. Box 3725
McAllen, Texas 78501/78502
Telephone No. 956/682-5501
Telecopy No. 956/686-6109

By: /s/: Susan Sullivan
_____
Susan Sullivan
State Bar No. 1546700
Email: ssullivan@atlashall.com
Susan Sullivan
State Bar No. 24084148
Email: rzuniga@atlashall.com
Attorneys for Defendant

cc: Derek I. Salinas; dsalinas@tlegalgroup.com; tijerinalit@tlegalgroup.com; msalinas@tlegalgroup.com
Susan Sullivan; ssullivan@atlashall.com; dallen@atlashall.com;cfonseca@atlashall.com
Rick A. Zuniga; rzuniga@atlashall.com